Louis O'Donnell and Others, Copartners Doing Business under the Firm Name and Style of O'Donnell Towing and Transportation Company, Respondents, v. Marine Transit Corporation, Defendant, and Globe and Rutgers Fire Insurance Company, Appellant.— Order granting plaintiffs' motion to strike out the sixth separate defense in answer of defendant Globe and Rutgers Fire Insurance Company affirmed, with ten dollars costs and disbursements. Assuming that the Admiralty Court could have determined plaintiffs' claim of appellant's liability under the policy in question, if an issue thereon were properly tendered, and made a binding decree, we are unable to find any allegation that any such issue was tendered in the admiralty proceedings or that any such determination was made. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

Michael Piluso, Respondent, Appellant, v. Wicander & Co., Inc., Appellant, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

The People of the State of New York, Respondent, v. Morris Hossner, Appellant.— Judgment of conviction of the County Court of Dutchess county reversed upon the law and the facts and a new trial ordered upon the ground that defendant's guilt was not established beyond a reasonable doubt. It will not be necessary to determine the questions of alleged error as they will be avoided upon a new trial. Lazansky, P. J., Kapper, Hagarty, Scudder and Tompkins, JJ., concur.

The People of the State of New York, Respondent, v. Joseph L. Sheldon, Appellant.— Judgment of conviction and order of the County Court of Nassau county reversed upon the law and the facts and a new trial ordered because of error in the court's charge at folio 1067 and of error in the rejection of evidence at folios 598–600. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.; concur.